IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

NOV 07 2017

Clerk, U.S. Courts
District Of Montana
Missoula Division

MJ-17-56-M-JCL

In the Matter of the Search of:

HP Pavilion dv6 Laptop Computer Serial
# CNF1032TRT, Currently Located at
Ravalli County Sheriff's Office, 205
Bedford St., Suite G, Hamilton, MT

ORDER

    The warrant in the above-entitled matter having been executed and returned

- together with a copy of the certified inventory of the property seized - to the

undersigned, the Clerk of Court is directed to file the same.

    IT IS SO ORDERED.

    DATED this 7th day of November, 2017.

_____
Jeremiah C. Lynch
United States Magistrate Judge